1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                  **EASTERN DISTRICT OF CALIFORNIA- FRESNO**
9
10
11  MICHELLE DUKE,                    )  Case No. 1:18-cv-00108-DAD-SAB
                                      )
12                Plaintiff,          )  **ORDER RE JOINT STIPULATION**
                                      )  **REGARDING EXTENSION OF**
13       vs.                          )  **TIME FOR DOWNTOWN FORD**
                                      )  **SALES TO RESPOND TO**
14  FORD MOTOR COMPANY, a             )  **COMPLAINT**
    Delaware Corporation; WILL        )
15  TIESIERA FORD, INC., a California )
    Corporation dba WILL TIESIERA     )
16  FORD; and DOES 1 through 10,      )
    inclusive,                        )
17                                    )
                  Defendants.         )
18                                    )
                                      )
19                                    )
                                      )
20                                    )
21
22
23
24
25
26
27
28

A joint stipulation has been filed in this matter to allow WIL LTIERSIERA FORD,. ("WIL LTIERSIERA FORD") an extension of time to have up to and including March 2, 2018 to answer or otherwise respond to the Plaintiff's Complaint. Good cause exists for an extension of time because of the recent change of counsel for WIL LTIERSIERA FORD, and because the parties have reported that the settlement is in the process of being finalized.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: **February 2, 2018**

UNITED STATES MAGISTRATE JUDGE